No. 2887.

ELIZABETH SOMMERS *v.* GUSTAVE SCHMIDT.

Where the husband has not appeared with his wife, in the suit instituted by her, the latter must show his authorization. Her own averments, or those of her counsel as to that fact are not sufficient.

APPEAL from the Sixth District Court, parish of Orleans. *Cooley, J. Muse & Phillips*, for plaintiff and appellant. *Gustave Schmidt*, for defendant and appellee.

Justices concurring: Ludeling, Taliaferro, Howell, Wyly, Morgan.

WYLY, J. This suit must be dismissed, because it was brought by the plaintiff, a married woman, without the authorization of her husband.

Where the husband has not appeared with his wife, the latter must show his authorization otherwise than in her own avermen'ts, or those of her counsel. Succession of Pomroy and authorities there cited. 21 An. 576.

It is therefore ordered that this suit be dismissed at plaintiff's costs.